**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-7110**

_____

MICHAEL J. GRACE,

Plaintiff - Appellant,

v.

LIEUTENANT CRONK; SERGEANT ATKINSON; OFFICER SYNER; OFFICER JOYNER; OFFICER JONES,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Richard E. Myers, II, Chief District Judge.  (5:20-ct-03133-M)

_____

Submitted:  November 22, 2023                    Decided:  December 28, 2023

_____

Before WYNN and HEYTENS, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Michael J. Grace, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael J. Grace appeals the district court's order granting summary judgment to Defendants on his 42 U.S.C. § 1983 complaint alleging violations of his Fourth and Eighth Amendment rights.  We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's order.  *Grace v. Cronk*, No. 5:20-ct-03133-M (E.D.N.C. Sept. 7, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*